1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

ANDRES AVILA,

7

Plaintiff,

8

v.

9

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

10

11

Defendant.

Case No. 3:15-cv-00178-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS

12

13        Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

14    does not appear to have funds available to afford the $400.00 Court filing fee.

15        DATED this 12th day of February, 2015.

16

17

18

19

20

21

_____
Karen L. Strombom
United States Magistrate Judge

22

23

24

25

26

ORDER - 1